1  JEFFERY J. SWANSON (#155118)
   2515 Park Marina Drive, Suite 102
2  Redding, California 96001
   Telephone: (530) 225-8773
3  Facsimile: (530) 232-2772

4  Attorney for Plaintiff
   Airport Road Development, LLC
5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  AIRPORT ROAD DEVELOPMENT, LLC,        CASE NO. 08-CV-1458 GEB GGH

10        Plaintiff,

11  v.                                   **SUBSTITUTION OF COUNSEL**

12  LITHIA REAL ESTATE INC.,

13        Defendant.

14

15

16

17        Plaintiff, Airport Road Development LLC, hereby notifies the Court, and all parties in

18  interest that effective September 10, 2008, Plaintiff has substituted their former counsel Jeffery J.

19  Swanson with their new counsel Stevens & O'Connell LLP, whose address is 400 Capitol Mall,

20  Suite 1400, Sacramento, CA 95814, Telephone: 916-329-9111, Facsimile: 916-329-9110, E-

21  Mail: cca@socllp.com.

22

23  Dated: September 11, 2008
                                         By:    /s/ Jeffery J. Swanson
24                                              JEFFERY J. SWANSON,
                                                Former Attorney for Plaintiff
25                                              Airport Road Development, LLC.

26

27

28

                                               1
                                    **SUBSTITUTION OF COUNSEL**

| | |
|---|---|
| Dated: September 11, 2008 | STEVENS & O'CONNELL LLP |

By: /s/ Craig C. Allison (as authorized on 9/11/08)

    CRAIG C. ALLISON,
    Substituted Attorneys for Plaintiff
    Airport Road Development, LLC

Dated: September 11, 2008    AIRPORT ROAD DEVELOPMENT, LLC

By:_____
    JON THOMASON,
    Manager

**IT IS SO ORDERED**

Dated: 9/12/08

_____
UNITED STATES DISTRICT JUDGE

2
**SUBSTITUTION OF COUNSEL**