| | |
|---|---|
| 1 | FRED M. BLUM, ESQ. (SBN 101586) |
| | RUBEN RUIZ, ESQ. (SBN 241729) |
| 2 | SEAN TURNER, ESQ. (SBN 257240) |
| | BASSI, MARTINI, EDLIN & BLUM LLP |
| 3 | 351 California Street, Suite 200 |
| | San Francisco, CA 94104 |
| 4 | Telephone:   (415) 397-9006 |
| | Facsimile:    (415) 397-1339 |

Attorneys for Defendants
 AND LITHIA REAL ESTATE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRPORT ROAD DEVELOPMENT, LLC, a California limited liability company,, | Case No. 2:08-CV-01458 |
| Plaintiffs, | STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE AND ORDER |
| vs. | |
| LITHIA REAL ESTATE, INC., an Oregon corporation; and DOES 1 through 25, inclusive, | |
| Defendants. | |

**STIPULATION**

WHEREAS, the United States District Court for Eastern California mandated counsel to submit a Confidential Settlement Statement by October 23, 2008, and participate in a settlement conference before Magistrate Judge Edmund F. Brennan on October 30, 2008;

WHEREAS, attorneys for the Defendant – LITHIA REAL ESTATE, INC - will be in trial on an unrelated case on October 30, 2008;

WHEREAS, attorneys for the Plaintiff – AIRPORT ROAD DEVELOPMENT, LLC, do not object to rescheduling the settlement conference;

THEREFORE, Plaintiffs and Defendants, through their respective counsel, hereby stipulate and agree as follows:

57583

1. For good cause, the settlement conference before Magistrate Judge Brennan will be scheduled for November 7, 2008; and
2. Confidential Settlement Statements will be submitted to Magistrate Judge Brennan one week before the settlement conference date.

Date: October 24, 2008            BASSI, MARTINI, EDLIN & BLUM LLP

By: /s/ RUBEN RUIZ
   _____
   RUBEN RUIZ
   Attorneys for Defendant
   LITHIA REAL ESTATE, INC.

Date: October 23, 2008            STEVENS & O'CONNELL LLP

By: /S/ CRAIG C. ALLISON (authorized 10/23/08)
   CRAIG C. ALLISON
   Attorneys for Plaintiff
   AIRPORT ROAD DEVELOPMENT, LLC

## **ORDER**

Good cause appearing, the Settlement Conference is CONTINUED to November 7, 2008 before the undersigned.

IT IS SO ORDERED:

Dated: October 27, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE