1  FRED M. BLUM, ESQ. (SBN 101586)
   (fblum@bmeblaw.com)
2  RUBEN RUIZ, ESQ. (SBN 241729)
   (rruiz@bmeblaw.com)
3  JONATHAN E. MEISLIN, ESQ. (SBN 243523)
   (jmeislin@bmeblaw.com)
4  BASSI, MARTINI, EDLIN & BLUM LLP
   351 California Street, Suite 200
5  San Francisco, CA 94104
   Telephone:   (415) 397-9006
6  Facsimile:   (415) 397-1339

7  Attorneys for Defendant
   LITHIA REAL ESTATE, INC.
8

9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12                   SACRAMENTO DIVISION

13

14 | AIRPORT ROAD DEVELOPMENT, LLC, a ) | Case No. 08-CV-01458
   | California limited liability company, )
15 |                                       ) | **STIPULATION AND**
   |           Plaintiff,                  ) | **ORDER CONTINUING SETTLEMENT**
16 |                                       ) | **CONFERENCE**
   |      vs.                              )
17 |                                       )
   | LITHIA REAL ESTATE, INC., an Oregon   )
18 | corporation; and DOES 1 through 25,   )
   | inclusive,                            )
19 |                                       )
   |           Defendants.                 )
20 |                                       )
   |_____)
21

22

23

24

25

26

27

28

65337

1

STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by the parties herein, by and through their attorneys of record, as follows:

Due to scheduling conflicts and each parties' desire to for extra time to properly prepare, the parties have agreed to continue the mediation presently set for **January 8, 2009** to **January 30, 2009**.

IT IS SO STIPULATED.

Dated: January 5, 2009                                    **BASSI, MARTINI, EDLIN & BLUM, LLP**

                                                                                        By: /s/ FRED M. BLUM
                                                                                                FRED M. BLUM
                                                                                                Attorneys for DEFENDANT
                                                                                                **LITHIA REAL ESTATE, INC.**

Dated: January 5, 2009                                    **STEVENS, O'CONNELL & JACOBS, LLP**

                                                                                        By: /s/ CRAIG C. ALLISON
                                                                                                CRAIG C. ALLISON
                                                                                                Attorneys for PLAINTIFF
                                                                                                **AIRPORT ROAD DEVELOPMENT, LLC**

### **ORDER**

The Settlement Conference currently set for January 8, 2009 is hereby CONTINUED to **January 30, 2009**.

**IT IS SO ORDERED.**

Dated: January 7, 2009                                    *[signature]*
                                                                                        EDMUND F. BRENNAN
                                                                                        UNITED STATES MAGISTRATE JUDGE

65337

2

STIPULATION AND ORDER