STEVENS, O'CONNELL & JACOBS LLP
GEORGE L. O'CONNELL (74037)
CRAIG C. ALLISON (159437)
400 Capitol Mall, Suite 1400
Sacramento, CA  95814
Telephone: (916) 329-9111
Facsimile:  (916) 329-9110

Attorneys for Plaintiff
Airport Road Development, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRPORT ROAD DEVELOPMENT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LITHIA REAL ESTATE INC.,<br><br>    Defendant. | Case No. 08-CV-1458 GGH<br><br>STIPULATION AND ORDER RE VACATING SETTLEMENT CONFERENCE |

The parties, by and through their counsel of record, hereby request that the Court vacate the continued Mediation Conference set for January 30, 2009 on the basis that the parties do not believe that further mediation of this matter at this time would be beneficial or productive.

Dated:  January 29, 2009                    STEVENS & O'CONNELL LLP


                                            By____/s/ Craig C. Allison_____
                                                CRAIG C. ALLISON
                                                Attorney for Plaintiff
                                                Airport Road Development, LLC


Dated:  January 29, 2009                    BASSI MARTINI EDLIN & BLUM


                                            By___/s/ Fred Blum (as authorized on 1/29/09)
                                                FRED BLUM
                                                Attorney for Defendant
                                                Lithia Real Estate, Inc.

1
**STIPULATION AND ORDER RE VACATING MEDIATION CONFERENCE**

Stevens &
O'Connell LLP

**ORDER**

Based on the above Stipulation, the further Settlement Conference set for January 30, 2009 is hereby vacated.

IT IS SO ORDERED.

Dated: January 30, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE