STEVENS, O'CONNELL & JACOBS LLP
GEORGE L. O'CONNELL (74037)
CRAIG C. ALLISON (159437)
400 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Plaintiff
Airport Road Development, LLC

BASSI, MARTINI, EDLIN & BLUM LLP
FRED M. BLUM (SBN 101586)
RUBEN RUIZ (SBN 241729)
351 California Street, Suite 200
San Francisco, CA 94104
Telephone: (415) 397-9006
Facsimile: (415) 397-1339

Attorneys for Defendant
Lithia Real Estate, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRPORT ROAD DEVELOPMENT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LITHIA REAL ESTATE INC.,<br><br>    Defendant. | Case No. 08-CV-1458 GEB GGH<br><br>STIPULATION AND ORDER CONTINUING MOTION AND DISCOVERY DATES<br><br><br>Trial Date: August 10, 2009 |

WHEREAS, the parties have consented to the jurisdiction of the United States Magistrate, and this Court has accepted the reference;

WHEREAS, pursuant to this Court's September 26, 2008 Status (Pretrial Scheduling) Order ("Order"), this Court set various deadline dates for motions and discovery, and set a trial date of August 10, 2009;

WHEREAS, the Order directed the parties to participate in a settlement conference in the chambers of the Honorable Edmund F. Brennan on October 30, 2008;

1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION AND DISCOVERY DATES**

**Stevens,
O'Connell &
Jacobs LLP**

WHEREAS, due to a scheduling conflict with defense counsel, the settlement conference was reset to November 7, 2008;

WHEREAS, the parties did not settle the matter at the November 7, 2008 settlement conference, but did set a follow-on settlement conference for January 30, 2009;

WHEREAS, on January 29, 2009 the parties requested that Judge Brennan vacate the continued settlement conference on the basis that the parties did not believe that a further settlement conference of this matter at this time would be beneficial or productive;

WHEREAS, during the time the parties were participating in the settlement process, the parties agreed to informally stay the conduct of discovery in this matter to focus their energy resources and time on attempting to settle the case;

WHEREAS, now that the parties believe that settlement is not achievable at this time and in order to allow the parties sufficient time to complete discovery and file applicable motions, the parties stipulate that the dates set by this Court for close of discovery and motions should be continued as follows:

NOW THEREFORE, the parties stipulate as follows:

1. The parties shall complete their respective Rule 26 initial disclosures on or before February 19, 2008.

2. The parties are entitled to commence any additional discovery immediately.

3. The parties may conduct discovery until May 16, 2009.  Motions to compel discovery are to be noticed to be heard by May 2, 2009, as more specifically described the Order.

4. The parties shall disclose experts, as described in the Order, by May 1, 2009.

5. All pretrial motions, except motions to compel discovery, shall be completed as described in the Order on or before June 18, 2009.

6. Pretrial Conference (as described in Local Rule 16-282) is set in this case for July 9, 2009 at 1:30 p.m.  Pretrial Statements shall be filed in accordance with Local 16-281 and 16-282.

**Stevens, O'Connell & Jacobs LLP**

7. This matter is set for jury trial on August 10, 2009 at 9:00 a.m.

Dated: February 10, 2009                    STEVENS & O'CONNELL LLP


By   /s/ Craig C. Allison
    CRAIG C. ALLISON
    Attorney for Plaintiff
    Airport Road Development, LLC


Dated: February 10, 2009                    BASSI MARTINI EDLIN & BLUM


By   /s/ Fred Blum (as authorized on 2/10/08)
    FRED BLUM
    Attorney for Defendant
    Lithia Real Estate, Inc.

## ORDER

Based on the above Stipulation, this Court's September 26, 2008 Status (Pretrial Scheduling) Order ("Order") is hereby amended as follows:

1. The parties shall complete their respective Rule 26 initial disclosures on or before February 19, 2008.

2. The parties are entitled to commence any additional discovery immediately.

3. The parties may conduct discovery until May 16, 2009. Motions to compel discovery are to be noticed to be heard by May 2, 2009, as more specifically described the Order.

4. The parties shall disclose experts, as described in the Order, by May 1, 2009.

5. All pretrial motions, except motions to compel discovery, shall be completed as described in the Order on or before June 18, 2009.

6. Pretrial Conference (as described in Local Rule 16-282) is set in this case for July 9, 2009 at 1:30 p.m. Pretrial Statements shall be filed in accordance with Local 16-281 and 16-282.

3

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION AND DISCOVERY DATES**

7.   This matter is set for jury trial on August 10, 2009 at 9:00 a.m.

All other provisions contained in the Order shall remain in full force and effect.

IT IS SO ORDERED.

The undersigned notes that the parties have set an ambitious schedule, including the late disclosure of experts. However, the undersigned will agree with the stipulation of the parties. These dates will not be changed without good cause shown.

Dated:  02/18/09                           /s/ Gregory G. Hollows
                                                        HON. GREGORY G. HOLLOWS