1

2

3

4

5

6                           IN THE UNITED DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8    AIRPORT ROAD DEVELOPMENT, LLC,

9              Plaintiff,

10        v.                                    NO. CIV. S-08-1458 GGH

11   LITHIA REAL ESTATE INC.,
                                                ORDER
12

13             Defendant.

14   _____/

15             Before the court is Lithia's motion for summary judgment.  The court is diligently

16   preparing an order resolving the motion, and has come to a tentative determination that the

17   motion will be granted.  Rather than requiring the parties to potentially do unnecessary work in

18   preparing pretrial statements for the pretrial conference, the court will vacate the pretrial

19   conference and trial for the time being.  In the event that this tentative ruling changes, the pretrial

20   conference and trial will be expeditiously rescheduled at a later time.

21             Accordingly, IT IS ORDERED that the July 15, 2009 pretrial conference and

22   August 10, 2009 trial date are vacated pending a ruling on defendant's summary judgment

23   motion.

24   DATED: June 26, 2009                        /s/ Gregory G. Hollows
                                                 _____
25                                               UNITED STATES MAGISTRATE JUDGE
     GGH:076/Airport1458.vac
26

1